IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security, et al., | ) No. 2019-cv-02369-KBJ |
| *Defendants*. | ) |

**NOTICE REGARDING COMMENCEMENT OF EXPANDED EXPEDITED REMOVAL**

Defendants have represented they intend to enforce the July 23 expansion of expanded removal as of 12:01 A.M. tonight. The parties have been unable to reach agreement as to a further set of procedures to "preserve the status quo while [the Court] write[s] an opinion." 9/6/19 Tr. at 167.

Plaintiffs' counsel are available to appear telephonically at any time the Court deems it necessary.

Respectfully submitted this 27th day of September, 2019

Dated: September 27, 2019

Trina Realmuto*
Kristin Macleod-Ball*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600

Karolina J. Walters (D.C. Bar No. 1049113)
American Immigration Council
1331 G Street, NW, Suite 200

Respectfully submitted,

  */s/ Celso Perez*
Celso Perez (D.C. Bar No. 1034959)
Anand Balakrishnan*
Omar C. Jadwat*
Lee Gelernt*
Michael Tan*
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor

1

Washington, D.C. 20005
(202) 507-7520

Jonathan K. Youngwood*
Susannah S. Geltman*
Joshua Polster*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Adrienne V. Baxley (D.C. Bar No. 1044750)***
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5500

New York, NY 10004
(212) 549-2600

Jennifer Chang Newell**
Stephen B. Kang*
Julie Veroff**
American Civil Liberties Union
Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*


*Admitted pro hac vice*
*\*\*Filing pursuant to LCvR 83.2(c)*
*\*\*\*Application for admission pending*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019 I electronically filed the foregoing motion and all attachments with the Clerk for the United States District Court for the District of Columbia by using the CM/ECF system. A true and correct copy of this filing has been served on all counsel via the Court's CM/ECF system:

>*/s/ Celso Perez*
>Celso Perez
>Attorney for Plaintiffs